**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: Franklin L. Noel, 9W | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | CR 10-32 JNE/SRN |
| | ) | Date: | February 11, 2010 |
| Dennis Earl Hecker (01), | ) | Time Commenced: | 3:21 p.m. |
| | ) | Time Concluded: | 3:27 p.m. |
| Defendant. | ) | Time in Court: | 6 Minutes |

<u>APPEARANCES:</u>

Plaintiff:     Nicole Engisch, Nancy Brasel Assistant U.S. Attorneys
Defendant:    William Mauzy and Marsh Halberg,   ☒ Retained

Date Charges Filed: February 10, 2010         Offense: Conspiracy to commit wire fraud, Aiding and abetting others wire fraud and transactional money laundering

☒ Charges read into record       ☒ Advised of Rights

on     ☒ Indictment

☒ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.

Next appearance date is April 7, 2010 at 9:30 a.m. before U.S. Magistrate Judge Susan Richard Nelson, 9E for:
☒ Criminal motions hrg

*s/Joan Flood*
Criminal Duty Clerk