# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>v.<br><br>Dennis Earl Hecker (01),<br>Steven Joseph Leach (02),<br><br>　　　　　Defendants. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  Franklin L. Noel, 9W<br>　　　U.S. Magistrate Judge<br><br>Case No:　　　CR 10-32 JNE/SRN<br>Date:　　　February 11, 2010<br>Time Commenced:　3:27 p.m.<br>Time Concluded:　3:32 p.m.<br>Time in Court:　5 Minutes |

APPEARANCES:

　Plaintiff:　　　Nicole Engisch and Nancy Brasel, Assistant U.S. Attorneys
　Defendant(s):　William Mauzy and Marsh Halberg for Dennis Hecker　☒ Retained
　　　　　　　　Robert Sicoli for Steven Leach　☒ Retained

☒ Reading of Indictment Waived　　　☒ Not Guilty Plea Entered

**Disclosure Due Date:　March 1, 2010**
**Motion Filing Date:　　March 15, 2010　Response Date:　March 31, 2010**
**Motion Hearing Date: April 7. 2010 at 9:30 a.m., 9E　Before: Magistrate Judge Susan Richard Nelson**
**Voir Dire/Jury Instruction Due Date:　one week before trial**
**Trial Date:  to be determined　　Before:　Judge Joan N. Ericksen**

Other Remarks:

☒ Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/Joan Flood*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Criminal Duty Clerk