UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-32-1 (JNE/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| **Dennis Earl Hecker**, | |
| Defendant. | |

Nancy E. Brasel, Assistant United States Attorney, for Plaintiff.
William J. Mauzy for Defendant.

**THIS MATTER** came before the undersigned United States Magistrate Judge on February 25, 2010 on Defendant's Motion for Travel Order [#29]. In response, the Government submitted its Opposition to Motion to Modify Conditions of Release. (Doc. No. 30.)

Based upon the foregoing submissions, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant's Motion for Travel Order [#29] is **DENIED.**

DATED: February 26, 2010            *s/ Franklin L. Noel*
                                    FRANKLIN L. NOEL
                                    United States Magistrate Judge