# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,                                      Crim. No. 10-32 (JNE/SRN)

        Plaintiff,

   v.                                                                    **ORDER**

Dennis Earl Hecker (01),

        Defendant.

_____

     Nancy E. Brasel and Nicole A. Engisch, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

     Marsh J. Halberg, Halberg Criminal Defense, 3800 American Boulevard West, Suite 1590, Bloomington, Minnesota 55431, and William J. Mauzy, Law Offices of William J. Mauzy, 510 1st Avenue North, Suite 610, Minneapolis, Minnesota 55403

_____

SUSAN RICHARD NELSON, United States Magistrate Judge

     The Court has received a letter dated March 3, 2010, from attorney Marsh J. Halberg, in which Mr. Halberg expresses his intention to withdraw as counsel for Defendant Dennis Hecker, attaching a Motion to Withdraw from Representation and a supporting confidential affidavit. (Letter of 3/3/10 from M. Halberg to Mag. J. Nelson.)  Mr. Halberg indicates that he was unable to electronically file these documents on the Court's ECF filing system because he has not previously filed a Notice of Appearance in this matter.

     The docket reflects that Mr. Halberg has appeared on behalf of Mr. Hecker in two criminal proceedings – Mr. Hecker's first appearance and his arraignment, both of which were held on February 11, 2010.  (See Doc. Nos. 15 & 23.)  In light of these appearances, if Mr. Halberg wishes to withdraw as counsel, he must formally move.  Mr. Halberg is directed to file his motion with the Clerk's Office in St. Paul and he may file his supporting affidavit under

seal.[1]  The Court will then schedule a hearing on his motion.

Dated: March 4 , 2010

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

---

[1] The Clerk's Office advises the Court that Mr. Halberg may file both his motion and his confidential supporting affidavit conventionally, by mailing or delivering them to the Clerk's Office, United States District Court for the District of Minnesota, 316 N. Robert St., St. Paul Minnesota 55101, to the attention of Mary Kay Grzybek.