H A L B E R G   A P P L E B Y   N E L S O N   S C H A F E R   H A Z E L T O N


HALBERG
Criminal Defense

March 3, 2010

US Magistrate Judge Susan Richard Nelson
Suite 9E US Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**RECEIVED**

MAR 0 3 2010

Re:   USA v. Dennis Earl Hecker
      Court File No. 10-32

**U.S. DISTRICT COURT
S.R.N.**

Dear Magistrate Judge Nelson:

I am writing you in regard to the pending federal case listed above. As I have not filed a Notice of Appearance, I am unable to file this matter electronically and am, therefore, addressing this to you by letter.

I had anticipated working with attorney William Mauzy as one of Mr. Hecker's criminal defense attorneys if and when Mr. Hecker was indicted. However, I am notifying the Court I will not be working for Mr. Hecker.

Although I have not filed a Notice of Appearance, I feel it is appropriate that I clarify with the Court that I will not be a lawyer for Mr. Hecker. I have notified Mr. Hecker and Mr. Mauzy of this contact with the Court. I will let Mr. Mauzy address the court separately on whether his office intends to work for Mr. Hecker.

The case has not yet reached a critical stage, as charges have just issued. I am enclosing a Motion to Withdraw, even though I am not formally on the file. I am also enclosing an Affidavit, which deals with attorney/client privilege issues that I have not provided to the Government. I would appreciate your office confirming to me that my involvement in this matter is concluded.

Sincerely,

HALBERG CRIMINAL DEFENSE

Marsh J. Halberg

MJH/ta
cc:   Dennis Hecker
      Nicole Engisch, AUSA
      William Mauzy, Esq.

TINA APPLEBY ■ MARSH HALBERG ■ DOUGLAS HAZELTON ■ ERIC NELSON ■ BRENT SCHAFER ■

Firm: 612-DEFENSE (333-3673) • Fax: 952-224-4840 • Northland Plaza • 3800 American Blvd W • Ste 1590 • Bloomington, MN
www.halbergdefense.com