UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,    Case No. 10-CR-32(01) (JNE/SRN)

       Plaintiff,

  v.

DENNIS EARL HECKER,

       Defendant.

_____

**ORDER**

IT IS HEREBY ORDERED:

That Attorney William J. Mauzy is permitted to file an Affidavit in Support of his Motion To Withdraw as Counsel for Mr. Hecker under seal.

DATED: March 5, 2010                     s/ Susan Richard Nelson
                                                 Honorable Susan Richard Nelson
                                                 Magistrate Judge of United States District Court