UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,　　　　　　　　Case No. 10-CR-32(01) (JNE/SRN)

　　　　　Plaintiff,

　　v.

DENNIS EARL HECKER,

　　　　　Defendant.

---

**MOTION TO WITHDRAW**

　　Pursuant to Local Rule 83.7(c), attorney William J. Mauzy (hereinafter "Counsel") files this motion to withdraw without substitution, for good cause from representing Defendant Dennis Earl Hecker in this matter.

Date:  March 9, 2010　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By:    */s/ William J. Mauzy*
　　　　　　　　　　　　　　　　　　　　　　William J. Mauzy (#68974)
　　　　　　　　　　　　　　　　　　　　　　510 First Avenue North
　　　　　　　　　　　　　　　　　　　　　　Suite 610
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55403
　　　　　　　　　　　　　　　　　　　　　　(612) 340-9108