UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-32 JNE/SRN |
| Plaintiff, | |
| v. | ORDER |
| Dennis Earl Hecker (01), | |
| Defendant. | |

Nancy E. Brasel, Esq. and Nicole A. Engisch, Esq., Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, Counsel for Plaintiff United States of America.

Marsh J. Halberg, Esq., Halberg Criminal Defense, 3800 American Boulevard West, Suite 1590, Bloomington, MN 55431, and William J. Mauzy, Esq., Law Offices of William J. Mauzy, 510 1st Avenue North, Suite 610, Minneapolis, MN 55403, Counsel for Defendant Dennis Earl Hecker.

Oral argument on Motions to Withdraw as Counsel for Defendant Dennis Earl Hecker will be heard before Magistrate Judge Susan Richard Nelson on Monday, March 15, 2010 at 1:30 p.m., in Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota. Mr. Hecker shall attend this hearing.

Dated: March 9, 2010

      s/ Susan Richard Nelson
The Honorable Susan Richard Nelson
United States Magistrate Judge