UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,                    Case No. 10-CR-32(01) (JNE/SRN)

       Plaintiff,

v.

DENNIS EARL HECKER,

       Defendant.

_____

## SUPPLEMENTAL MOTION TO WITHDRAW

Pursuant to Local Rule 83.7(c), attorney William J. Mauzy (hereinafter "Counsel") files this motion to withdraw without substitution, for good cause from representing Defendant Dennis Earl Hecker in this matter.  Counsel bases this Motion on the Memorandum and supporting Affidavit previously filed with the Court on March 9, 2010, as well as the attached Supplemental Memorandum in Support of Motion to Withdraw.

Date:  March 30, 2010                                        Respectfully submitted,

       By:  */s/ William J. Mauzy*
          William J. Mauzy (#68974)
          Piper Kenney Webb (#275621)
          Casey T. Rundquist (#390475)
          510 First Avenue North
          Suite 610
          Minneapolis, MN 55403
          (612) 340-9108