# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE TO THE COURT OF POSSIBLE RELATED CASE |
| Plaintiff, | |
| | Crim. No.:10-32 (JNE/SRN)) |
| v. | |
| DENNIS EARL HECKER, et. al | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to <u>United States v. Christi Michele Rowan</u>, 10-91 (DSD) . **Please note: Do not reference a case that has been filed under seal.**  Please follow the sealed procedure in the ECF Criminal Procedures Guide.

_____Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

\_\_\_    Cases involving the same defendant(s), whether the prior cases are open or closed.

_X_    Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

_X_    Cases that arise out of the same investigation and have temporal proximity.

_____A subsequent case results from cooperation rendered by a defendant or defendants   in a previous case whether open or closed.

\_\_\_    The cases stem from an investigation of a common organization; e.g., a particular    gang, corporation, financial institution, etc., and the cases involve common                personnel and/or factual scenarios.

\_\_\_    Other _____ .


Dated: April 9, 2010           B. TODD JONES
                               United States Attorney

                               *s/ David M. Genrich*

                               BY: David M. Genrich
                               Assistant U.S. Attorney
                               Attorney ID# 0281311