UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                        Plaintiff,           Criminal No. 10-32(1) JNE/SRN

v.
                                             **ORDER FOR APPOINTMENT OF**
DENNIS EARL HECKER,                          **SUBSTITUTE COUNSEL**

                        Defendant.

---

David Genrich, Nancy Brasel, and Nicole Engisch, Assistant United States Attorneys,
300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Brian Toder and Mylene Peterson, Suite 300, 17 Washington Avenue North,
Minneapolis, MN 55401, counsel for Defendant.

---

        The Court finds that it is in the interest of justice that present co-counsel, Mylene

A. Peterson be relieved of her assignment to represent the defendant in the above entitled

case.  The Court directs that Barbara May be appointed as substitute co-counsel to

continue the representation of the defendant before this Court.


Dated:  April 23, 2010                       s/ Susan Richard Nelson
                                             Honorable Susan Richard Nelson
                                             United States Magistrate Judge