UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>Dennis E. Hecker,<br>　　　　　　　Defendant. | Case No. 0:10-CR-32 (01) JNE/SRN<br><br>**DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER** |

　　　Defendant Dennis Earl Hecker, by and through his undersigned counsel, hereby moves the Court to modify its Amended Order of April 12, 2010 (Dkt. 79), requesting an additional week to file his pretrial motions. Defendant's counsel has been authorized by Assistant U.S. Attorney Nancy Brasel, to represent to the Court, that the government has no objection to the relief sought, provided the government may have a few extra days to respond to the motions filed.

　　　Robert Sicoli has also advised the undersigned that defendant Steven Leach similarly has no objection.

　　　The grounds for the motion arise from the unanticipated magnitude of the amount of documents, evidence stored electronically, and from other matters which necessitate the relief sought so that defendant can enjoy the effective assistance of counsel as the Constitution provides.

Accordingly, defendant respectfully requests that the deadline for his motions filing be changed from June 2, 2010, to June 10, 2010.

Dated:  June 1, 2010  **Respectfully submitted,**

**CHESTNUT CAMBRONNE PA**

By /s/  Brian N. Toder
　　Brian N. Toder, #17869X
　　17 Washington Avenue North
　　Suite 300
　　Minneapolis, MN  55401
　　(612) 339-7300
　　Fax (612) 336-2940

**ATTORNEYS FOR DEFENDANT
DENNIS E. HECKER**