UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-32 JNE/SRN |
| Plaintiff, | |
| v. | **ORDER** |
| Dennis Earl Hecker (01) and<br>Steven Joseph Leach (02), | |
| Defendants. | |

---

　　Nicole A. Engisch, Esq.,  Nancy E. Brasel, Esq., and David M. Genrich, Esq., Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, Counsel for Plaintiff United States of America.

　　Brian N. Toder, Esq., Chestnut Cambronne, PA, 17 Washington Avenue North, Suite 300, Minneapolis, MN 55401-2048; and Barbara J. May, Esq., Barbara J. May Law Firm, 2780 North Snelling, Suite 102, Roseville, MN 55113, Counsel for Defendant Dennis Earl Hecker.

　　Robert D. Sicoli, Esq., Law Offices of Robert D. Sicoli, Ltd., 8000 Flour Exchange Building, 310 Fourth Avenue South, Minneapolis, MN 55415, Counsel for Defendant Steven Joseph Leach.

---

　　This matter is before the Court on the Government's request for clarification of the pretrial schedule.  Previously, Defendant Dennis Earl Hecker moved for an extension to the deadlines to file his pretrial motions and this Court granted that motion [Doc. No. 115].  Defendant Leach did not likewise move, making the Government's responses to the Defendants' Pretrial Motions due on different dates.  Therefore, the Scheduling Order is amended such that the Government's responses to *both* Defendant Dennis Earl Hecker's and Steven Joseph Leach's Pretrial Motions shall be filed on or before June 21, 2010.  All other dates in the Scheduling Order remain the same.

Dated: June 4, 2010

                                                            s/ Susan Richard Nelson_____
                                                            The Honorable Susan Richard Nelson
                                                            United States Magistrate Judge