UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>v.<br><br>Dennis E. Hecker,<br><br>                      Defendant. | Case No. 0:10-CR-32 (01) JNE/SRN<br><br>**DEFENDANT'S MOTION FOR ADDITIONAL PEREMPTORY CHALLENGES** |

Defendant, DENNIS E. HECKER, by and through his undersigned counsel, Brian N. Toder, hereby moves the Court for an order allowing him additional peremptory challenges. FED. R. CRIM. P. 24(b). The motion is based in part upon the overwhelming and prejudicial pretrial publicity in the case. Additional peremptory challenges are appropriate in the face of such prejudicial pretrial publicity. *E.g., United States v. Blom*, 242 F.3d 799, 804 (8th Cir. 2001); *see also U.S. v. Rodriguez*, 581 F.3d 775, 784-85 (8th Cir. 2009); *U.S. v. Johnson*, 354 F.Supp.2d 939, 980 (8th Cir. 2005); *U.S. v. Nelson*, 347 F.3d 701, 707 (8th Cir. 2003).

                                            Respectfully submitted,

Dated:  June 2, 2010                      **CHESTNUT CAMBRONNE PA**

                                            By /s/  Brian N. Toder
                                               Brian N. Toder, #17869X
                                               17 Washington Avenue North

Suite 300
Minneapolis, MN  55401
(612) 339-7300
Fax (612) 336-2940

Barbara J. May, #129689
2780 N. Snelling Ave.
Suite 102
Roseville, MN 55113
(651) 486-8887
Fax (651) 486-8890

**ATTORNEYS FOR DEFENDANT**