UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>             Plaintiff,<br><br>v.<br><br>Dennis E. Hecker,<br>             Defendant. | Case No. 0:10-CR-32 (01) JNE/SRN<br><br>**DEFENDANT'S MOTION FOR DISCLOSURE OF GOVERNMENT WITNESSES** |

Defendant DENNIS E. HECKER, by and through his attorney, Brian N. Toder, hereby moves that the Court pursuant to Rule 16 of the Federal Rules of Criminal Procedure, for an order requiring the government to provide, at a minimum of 60 days before trial, a list of witnesses they intend to call at trial.

This motion is based upon the indictment, the records and files in the above entitled action, the memorandum filed herewith, and any and all other matters which may be present prior to or at the time of the hearing of said motion.

                                                            Respectfully submitted,

Dated:  June 8, 2010                    **CHESTNUT CAMBRONNE PA**

                                                            By /s/  Brian N. Toder
                                                                Brian N. Toder, #17869X
                                                                17 Washington Avenue North
                                                                Suite 300

Minneapolis, MN  55401
(612) 339-7300
Fax (612) 336-2940

Barbara J. May, #129689
2780 N. Snelling Ave.
Suite 102
Roseville, MN 55113
(651) 486-8887
Fax (651) 486-8890

**ATTORNEYS FOR DEFENDANT**