UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Dennis E. Hecker,<br><br>                    Defendant. | Case No. 0:10-CR-32 (01) JNE/SRN<br><br><br>**DECLARATION OF PETER S. JOHNSON IN SUPPORT OF DEFENDANT'S MOTION FOR DISCOVERY AND INSPECTION** |

1. I am employed by Defendant's counsel and am offering this declaration in support of Defendant's motion for discovery and inspection.

2. I have personal knowledge that Exhibit A attached hereto is a true and correct photocopy of correspondence from counsel of the government to Defendant's attorney.

I declare under penalty of perjury under the law of the United State of America, particularly U.S.C. § 1746, that the foregoing is true and correct and that this Declaration was executed on the 10th day of June, 2010 in Minneapolis, Minnesota.

/s/ Peter S. Johnson
Peter S. Johnson

Dated:  June 10, 2010

**CHESTNUT CAMBRONNE PA**

/s/ Brian N. Toder
        Brian N. Toder, #17869X
        17 Washington Avenue North
        Suite 300
        Minneapolis, MN  55401

(612) 339-7300
Fax (612) 336-2940

Barbara J. May, #129689
2780 N. Snelling Ave.
Suite 102
Roseville, MN 55113
(651) 486-8887
Fax (651) 486-8890

**ATTORNEYS FOR DEFENDANT**



# U.S. DEPARTMENT OF JUSTICE
## UNITED STATES ATTORNEY
### DISTRICT OF MINNESOTA

600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
Office (612) 664-5600

FAX
Admin/Civil (612) 664-5788
Main (612) 664-5787
Sensitive/Secure (612) 664-5761

The information contained in this facsimile message is intended only
for the use of the individual or entity named below.  If the reader of
this message is not the intended recipient, or the employee or agent
responsible to deliver it to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this
communication is strictly prohibited.  If you have received this
communication in error, please immediately notify us by telephone.

## FAX TRANSMITTAL COVER PAGE

Original follow

DATE: Monday, June 07, 2010       Fax #: 6123362940

TO: Brian Toder, Esq.

FROM: Hammes, Gina (USAMN)

NUMBER OF PAGES (including cover): 13

CONTENTS: Letter/Attachments

If you do not receive the total number of pages indicated, please call this
office at the telephone number listed above.

COMMENTS:

EXHIBIT
A



**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

600 United States Courthouse          (612) 664-5600
300 South Fourth Street
Minneapolis, MN  55415
www.usdoj.gov/usao/mn

June 7, 2010

BY FACSIMILE

Brian N. Toder, Esq.              Robert D. Sicoli, Esq.
3700 Campbell Mithun Tower        8000 Flour Exchange Building
222 S. 9th Street                 310 Fourth Ave. South
Minneapolis, MN 55402             Minneapolis, MN 55415


        Re:  United States v. Dennis Hecker et al.
             Criminal No. 10-32 (JNE/SRN)

Dear Counsel:

        In a conversation with Mr. Toder last week, he inquired as to
the filtering ("taint") procedure applicable to documents provided
in discovery.  Much of that ground is covered in prior proceedings
and correspondence in this matter.  However, given the appointment
of Mr. Toder well after the initiation of this case, I write to
outline the filtering procedure.

        The documents provided to you in discovery are being provided
to you without regard to privilege: that is, the government is
providing documents to both defendants without withholding any
potentially privileged documents.

        With respect to the government's review of evidence, the
government has used the search methodology for potentially-
privileged documents as authorized in the Search Warrant Addendum
for the search warrants executed in this case.  That methodology
has included the use of a taint team, comprised of an Assistant
United States attorney and law enforcement agent(s) who are not
part of the prosecution team.   We have employed the same
methodology for materials received by search warrant, by grand jury
subpoena, or from witnesses in the case.

        Until February 2010, for purposes of filtering, the government
primarily relied upon the attached "List of Law Firms for Dennis
Hecker" that was supplied by Marsh Halberg, Esq., following the

Counsel
June 1, 2010
Page 2

July 2009 search warrants.  With respect to that list, after the
government learned that Barbara Jerich and Erik Dove were not in
fact   rendering   legal   advice   to   the   corporate   entities,
communications with those individuals (as opposed to those with
outside attorneys) were not filtered.

In February 2010, Hecker Trustee Randy Seaver filed a "Notice
of Waiver of Privileges" in the Dennis Hecker bankruptcy matter,
No. 09-50779.  In that notice, Mr. Seaver provided that as trustee
he was the holder of any privilege previously held by the various
Hecker corporate entities, and he further provided that he was
waiving such privileges.   On March 3, 2010, the government wrote
to Mr. Seaver, requesting his consent to allow the government
investigative   and   prosecutive   team   access   to   corporate
communications and other documents covered by the waiver.  On March
4, 2010, Mr. Seaver wrote to our Office, consenting to the
government's request.  (See attached "Notice of Waiver of
Privileges" and correspondence of March 3 and March 4, 2010).

On March 29, 2010, we provided copies of search warrants
(directed to Heatseeker Technology Partners, Inc. and Orbit
Systems, Inc.) which set forth background regarding correspondence
between the parties on privilege issues and Mr. Seaver's waiver of
corporate privileges.

The government continues to employ the filtering process for
any documents in its possession that are potentially-privileged by
virtue of individual representation by counsel (past and present).

Please contact me with any questions or to discuss any of the
matters set forth above.

Sincerely,

B. TODD JONES
United States Attorney

By NANCY E. BRASEL
Assistant U.S. Attorney



**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

---

*600 United States Courthouse*          *(612)664-5600*
*300 South Fourth Street*
*Minneapolis, MN  55415*
*www.usdoj.gov/usao/mn*

March 3, 2010

<u>Via Fax and U.S. Mail</u>
Randall L. Seaver, Esq.
United States Chapter 7 Panel Trustee
Fuller, Seaver & Ramette
12400 Portland Ave. S., Suite 132
Burnsville, MN 55337

    Re:  <u>Privilege Waiver</u>

Dear Mr. Seaver:

    I am in receipt of a document that you filed in the Dennis Hecker bankruptcy matter, No. 09-50779, entitled, "Notice of Waiver of Privileges."  In that document, you indicate that the debtor, Dennis Hecker, owned 99% or 100% of a number of Hecker-related entities.  Given that as Trustee you now hold those ownership interests, in the notice, you stated you were waiving any attorney-client and work product privileges existing between the Hecker-related entities and a number of identified lawyers and law firms.

    Given your ownership interests and privilege waiver, I am writing to request your consent to allow the government investigative and prosecutive team access to formerly privileged corporate communications and other documents, including email and, whether in hard copy or electronic form, seized during search warrants, obtained pursuant to grand jury subpoenas, or otherwise obtained by the government.  Such data includes, by way of one example, corporate back-up server tapes and related records that were housed at third party providers, namely, Heatseeker Technology Partners, Inc., and Orbit Systems, Inc., each of which previously contracted with Hecker-related entities to host such data.  In addition, I am writing to request your consent to allow the government access to oral communications between the Hecker-related entities and the lawyers and law firms identified in your notice.

    We also are not seeking your waiver or consent with respect to any privileged communications between the Trustee and its counsel.  Moreover, it is our understanding that you do not and cannot waive any individual's privilege, including any privilege of Mr. Hecker's.  Thus, we do not seek a waiver of any individual

Randall L. Seaver, Esq.
March 3, 2010
Page 2

privilege, nor do we seek your consent to obtain any individually-privileged communications.

    If the foregoing request meets your approval, can you kindly indicate in writing?  Thank you for your consideration.

                  Sincerely,

                  B. TODD JONES
                  United States Attorney

                  BY: NICOLE A. ENGISCH
                  Assistant U.S. Attorney

cc: Nancy Brasel, AUSA

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

----------------------------------------

In re:                                              BKY No. 09-50779

Dennis E. Hecker,                           NOTICE OF WAIVER OF PRIVILEGES

          Debtor

----------------------------------------

When this bankruptcy case was commenced according to the debtor, the debtor owned

99% or 100% of the following business entities:

| | |
|---|---|
| Brainerd Imports LLC | 99% |
| DEH Family Holdings LLC | 99% |
| DEH Funding LLC | 99% |
| DEH Properties, LLC | 99% |
| Dennis Hecker Mortgage LLC | 99% |
| Dennis Hecker Real Estate Holding Company, LLC | 99% |
| Denny Hecker's Automotive Group, Inc. | 100% |
| Denny Hecker's Cadillac-Pontiac-GMC, Inc. | 100% |
| Den-Star Management, Inc. | 100% |
| DH Capital Holdings LLC | 100% |
| HHR of Copper Oaks, LLC | 99% |
| Hecker Capital, LLC | 99% |
| Hudson Auto Sales, Inc. | 100% |
| Inver Grove Holdings, LLC | 99% |
| Inver Grove Investments, LLC. | 100% |
| Inver Grove Investments, Inc. | 100% |
| Jacob Holdings of Medina LLC | 100% |
| Jacob Motors of Pine City LLC | 99% |
| Jacob Motors of Shakopee LLC | 99% |
| Jacob Motors of St. Cloud LLC | 99% |
| Jacob Properties of Aspen, LLC | 99% |
| Lake Country Auto Center, Inc. | 100% |
| Monticello Motors LLC | 99% |
| Rosedale Dodge, Inc. | 100% |
| Rosedale Leasing of Minneapolis LLC | 99% |
| Rosedale Leasing of Minnesota LLC | 99% |
| Southview Chevrolet Co. | 100% |

Stillwater Ford, Lincoln-Mercury Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . . 100%
Sydney Holdings of Eden Valley LLC . . . . . . . . . . . . . . . . . . . . . . . . . . 100%
Sydney Holdings of IGH LLC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99%
Walden Auto Leasing IV, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100%
Walden Fleet Group, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100%
Walden Fleet Sales Group, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100%
Walden Fleet Services II, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100%
Walden Investment Company . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100%
Walden Leasing, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100%
Walden Payroll Services LLC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99%

For, and on behalf of each of the above entities, the trustee waives all attorney/client and work

product privileges existing between the above entities and the following individuals and law

firms:

Fredrikson & Byron, P.A.
    a.    Attorney:
        i.    Clint Cutler;
        ii.    Douglas Kassebaum;
        iii.    Cynthia Moyer;
        iv.    Christopher Dolan;
        v.    Todd Wind; and
        vi.    Faye Knowles.

    b.    Paralegal:
        i.    Jeannine Christensen.

Mohrman and Kaardal, P.A. and William F. Mohrman
    a.    Attorney:
        i.    Bill Mohrman

Skolnick and Shiff, P.A.
    a.    Attorney:
        i.    William R. Skolnick

Moss & Barnett, P.A.
    a.    Attorney:
        i    Susan Rhode

    b.   Paralegal:
        i.   Mara Gollin-Garrett.

Briggs and Morgan, P.A. and Timothy R. Thornton
    a.   Attorneys:
        i.   Tim Thorton;
        ii.   Molly Bort;
        iii.   Kevin Decker.

    b.   Paralegals:
        i.   Paula Volk

Kaplan, Stangis and Kaplan, P.A.
    a.   Attorneys:
        i.   Bruce J. Parker;
        ii.   Ralph Strangis; and
        iii.   Sam Kaplan.

    b.   Paralegals:
        i.   Nancy Fredericksen; and
        ii.   Sally Swanson.

Dady & Garner:
    a.   Attorneys:
        i.   J. Michael Dady; and
        ii.   John Holland.

Fafinski Mark & Johnson
    a.   Attorney:
        i.   Pat Schriver.

Leonard, Street & Deinard:
    a.   Attorney:
        i.   James Sticha.

Larkin Hoffman
    a.   Attorneys:
        i.   Ken Corey-Edstrom;
        ii.   Kathleen Harrell-Latham; and
        iii.   Michael Fleming.

Halberg Criminal Defense
- a.    Attorney:
  - i.    Marsh Halberg.

- b.    Paralegal:
  - i.    Trista Anderson.

In-house Counsel:
- a.    Possible Attorneys or Paralegals:
  - i.    Marshall Fein;
  - ii.    Eric Dove and
  - iii.    Barbara Jerich.

Triveris, L.L.C.:
- a.    Attorneys:
  - i.    Konstandinos Nicklow; and
  - ii.    Ken Meshbesher.

This is not a waiver of any privileges existing between the trustee and any attorney, law firm or other professionals employed by the trustee in this bankruptcy case.

Dated: February 20, 2010

/e/ Randall L. Seaver
Randall L. Seaver, Hecker Trustee

 

July 17, 2009
Prepared by Halberg Criminal Defense

List of Law Firms for Dennis Hecker
Attorney/Client Privileged Communications

1. <u>Kaplan, Strangis, Kaplin</u>

   a. Attorney(s)
      i. Bruce Parker: bjp@kskpa.com
      ii. Ralph Strangis: rs@kskpa.com
      iii. Sam Kaplan: slk@kskpa.com

   b. Paralegal(s)
      i. Nancy Fredericksen: nef@kskpa.com
      ii. Sally Swanson: sjs@kskpa.com

2. <u>Briggs & Morgan</u>

   a. Attorney(s)
      i. Tim Thorton: tthorton@briggs.com
      ii. Molly Borg: mborg@briggs.com
      iii. Kevin Decker: kdecker@briggs.com

   b. Paralegal(s)
      i. Paula Volk: pvolk@briggs.com

3. <u>Dady & Garner</u>

   a. Attorney(s)
      i. J. Michael Dady: jmdady@dadygarner.com
      ii. John Holland: jholland@dadygarner.com

4. <u>Fafinski Mark & Johnson</u>

   a. Attorney(s)
      i. Pat Schriver: pat.shriver@famjlaw.com

 

5. <u>Leonard, Street & Deinard</u>

    a.  Attorney(s)
        i.  James Sticha: james.sticha@leonard.com

6. <u>Fredrickson & Byron</u>

    a.  Attorney(s)
        i.  Clint Cutler: ccutler@fredlaw.com
        ii.  Douglas Kassebaum: dkassebaum@fredlaw.com
        iii.  Cynthia Moyer: cmoyer@fredlaw.com
        iv.  Christopher Dolan: cdolan@fredlaw.com
        v.  Todd Wind: twind@fredlaw.com
        vi.  Faye Knowles: fknowles@fredlaw.com

    b.  Paralegal(s)
        i.  Jeannine Christensen: jchristensen@fredlaw.com

7. <u>Larkin Hoffman</u>

    a.  Attorney(s)
        i.  Ken Corey-Edstrom: kcoreyedstrom@larkinhoffman.com
        ii.  Kathleen Harrell-Latham: klatham@larkinhoffman.com
        iii.  Michael Fleming: mfleming@larkinhoffman.com

    b.  Paralegal(s)
        i.  Barbara Peppersack: bpeppersack@larkinhoffman.com

8. <u>Halberg Criminal Defense</u>

    a.  Attorney(s)
        i.  Marsh Halberg: mhalberg@halbergdefense.com

    b.  Paralegal(s)
        i.  Trista Anderson: tanderson@halbergdefense.com

 

9. <u>Mohrman & Kaardal</u>

    a.  Attorney(s)

        i.  Bill Mohrman: mohrman@mklaw.com

10. <u>Moss & Barnett</u>

    a.  Attorney(s)

        i.  Susan Rhode: Rhodes@moss-barnett.com

    b.  Paralegal(s)

        i.  Mara Gollin-Garrett: gollin-garrettm@moss-barnett.com

11. <u>In-house counsel</u>

    a.  Attorney(s)

        i.  Erik Dove: edove@dennyhecker.com

        ii.  Barbara Jerich: bajerich@msn.com

        iii.  Marshall Fein: txlawmaf@aol.com

12. <u>Triveris L.L.C.</u>

    a.  Attorney(s)

        i.  Dan Boivin: dboivin@triveris.com

13. <u>Meshbesher & Spence</u>

    a.  Attorney(s)

        i.  Gus Nicklow: gnicklow@meshbesher.com

        ii.  Ken Meshbesher: kmeshbesh@aol.com

14. <u>Skolnick & Shiff</u>

    a.  Attorney(s)

        i.  Bill Skolnick: wskolnick@skolnick-shiff.com