UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Dennis E. Hecker,<br>　　　　　　　　Defendant. | Case No. 0:10-CR-32 (01) JNE/SRN<br><br>**DEFENDANT'S MOTION FOR EARLY COMPLIANCE WITH THE JENCKS ACT** |

　　　　Defendant, DENNIS E. HECKER, by and through his undersigned counsel, Brian N. Toder, hereby moves the Court for an order requiring early compliance with Federal Rules of Criminal Procedure and the Jencks Act, 18 U.S.C. 3500, specifically Rules 16 and 26.2.  Given the large numbers of potential government witnesses, early compliance, no less than 30 days before trial, is necessary to provide defense counsel adequate time to review the requested information, prepare for meaningful cross examination and to ensure that defendant's Constitutional right to effective assistance of counsel is maintained.

　　　This motion is based upon the indictment, the records and files in the above-entitled action, the concurrently filed memorandum, and any and all other matters which may be presented prior to or at the time of hearing of said motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  June 8, 2010                              **CHESTNUT CAMBRONNE PA**


                                                 By /s/  Brian N. Toder
                                                          Brian N. Toder, #17869X
                                                          17 Washington Avenue North
                                                          Suite 300
                                                          Minneapolis, MN  55401
                                                          (612) 339-7300
                                                          Fax (612) 336-2940

                                                          Barbara J. May, #129689
                                                          2780 N. Snelling Ave.
                                                          Suite 102
                                                          Roseville, MN 55113
                                                          (651) 486-8887
                                                          Fax (651) 486-8890

                                                 **ATTORNEYS FOR DEFENDANT**