UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Dennis E. Hecker,<br><br>                    Defendant. | Case No. 0:10-CR-32 (01) JNE/SRN<br><br>**DEFENDANT'S MOTION FOR EXHIBIT LIST** |

Defendant, DENNIS E. HECKER, by and through his undersigned counsel, Brian N. Toder, hereby moves the Court for an order requiring the government to produce a list of exhibits it intends to introduce during the trial of this matter 60 days prior to the trial.

This motion is based on the files and records in this proceeding, on the Memorandum of Law in Support of Motion filed simultaneously with the Court, and on the arguments of counsel to be heard at the hearing of this matter.

                                        Respectfully submitted,

Dated:  June 2, 2010                    **CHESTNUT CAMBRONNE PA**

                                        By /s/  Brian N. Toder
                                            Brian N. Toder, #17869X
                                            17 Washington Avenue North
                                            Suite 300
                                            Minneapolis, MN  55401

        (612) 339-7300
        Fax (612) 336-2940

        Barbara J. May, #129689
        2780 N. Snelling Ave.
        Suite 102
        Roseville, MN 55113
        (651) 486-8887
        Fax (651) 486-8890

        **ATTORNEYS FOR DEFENDANT**