UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>Dennis E. Hecker,<br>　　　　　　　Defendant. | Case No. 0:10-CR-32 (01) JNE/SRN<br><br>**DEFENDANT'S MOTION FOR PARTICIPATION BY COUNSEL IN VOIR DIRE** |

Defendant, DENNIS E. HECKER, by and through his undersigned counsel, Brian N. Toder, hereby moves the Court, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, for an order permitting his attorney to supplement the Court's voir dire examination.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  June 9, 2010　　　　　　　　**CHESTNUT CAMBRONNE PA**
　　　　　　　　　　　　　　　　　　By /s/  Brian N. Toder
　　　　　　　　　　　　　　　　　　　　Brian N. Toder, #17869X
　　　　　　　　　　　　　　　　　　　　17 Washington Avenue North
　　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55401
　　　　　　　　　　　　　　　　　　　　(612) 339-7300
　　　　　　　　　　　　　　　　　　　　Fax (612) 336-2940

　　　　　　　　　　　　　　　　　　　　Barbara J. May, #129689
　　　　　　　　　　　　　　　　　　　　2780 N. Snelling Ave.

Suite 102
Roseville, MN 55113
(651) 486-8887
Fax (651) 486-8890

**ATTORNEYS FOR DEFENDANT**