UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Dennis E. Hecker,<br>　　　　　　　　Defendant. | Case No. 0:10-CR-32 (01) JNE/SRN<br><br><br>**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR WRITTEN JUROR QUESIONNAIRE** |

　　　　Defendant, DENNIS E. HECKER, by and through his attorney, Brian N. Toder, submits the following in support of his Motion for Written Juror Questionnaire.

　　　　Written jury questionnaires are often used where there exists a high risk of prejudicial pretrial publicity.  *E.g., United States v. Davis*, 154 F.3d 772, 784 (8th Cir. 1998); *see also* Walter F. Abbott & John Batt, Eds., *A Handbook of Jury Research* § 16.05, at 16–6 (1999) (Supplemental jury questionnaires are now routine in commercial disputes in many federal courts and in high-profile criminal trials.). The American Bar Association has long endorsed the process.  A.B.A., Principles for Juries and Jury Trials, Principle 11.A (2005); A.B.A. Standards for Criminal Justice Discovery and Trial by Jury, Standard 15-2.2 (3d ed. 1996).  The proposed questionnaire is necessary because of the high profile nature of the case and Mr. Hecker; because of the need to prevent embarrassment of jurors at oral voir dire;

because of the need to obtain truthful and confidential answers regarding sensitive and potentially embarrassing questions; because of the need to conserve the Court's time during oral voir dire; and to insure a fair jury selection process.

                                    Respectfully submitted,

Dated: June 2, 2010                **CHESTNUT CAMBRONNE PA**

                                    By /s/ Brian N. Toder
                                         Brian N. Toder, #17869X
                                         17 Washington Avenue North
                                         Suite 300
                                         Minneapolis, MN  55401
                                         (612) 339-7300
                                         Fax (612) 336-2940

                                         Barbara J. May, #129689
                                         2780 N. Snelling Ave.
                                         Suite 102
                                         Roseville, MN 55113
                                         (651) 486-8887
                                         Fax (651) 486-8890

                                  **ATTORNEYS FOR DEFENDANT**