UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Dennis E. Hecker,<br><br>　　　　　　　Defendant. | Case No. 0:10-CR-32 (01) JNE/SRN<br><br>**MOTION TO ADOPT<br>NON-DUPLICITOUS MOTIONS OF<br>CO-DEFENDANT** |

　　　　The defendant, DENNIS E. HECKER, by and through his undersigned counsel, Brian N. Toder, hereby moves the Court, to adopt and join motions filed by co-defendant, insofar as said motions are applicable to defendant, and prays the Court in regards to said motions, insofar as they are applicable generally and specifically to the allegations against defendant, as having been filed on the behalf of defendant.

　　　　This motion is based on the indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

Dated: May 24, 2010 **CHESTNUT CAMBRONNE PA**

By /s/ Brian N. Toder
Brian N. Toder, #17869X
17 Washington Avenue North
Suite 300
Minneapolis, MN  55401
(612) 339-7300
Fax (612) 336-2940

Barbara J. May, #129689
2780 N. Snelling Ave.
Suite 102
Roseville, MN 55113
(651) 486-8887
Fax (651) 486-8890

**ATTORNEYS FOR DEFENDANT**