# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 0:10-CR-32 (01) JNE/SRN |
| Plaintiff, | |
| v. | **MOTION TO SUPPRESS STATEMENTS** |
| Dennis E. Hecker, | |
| Defendant. | |

The defendant, DENNIS E. HECKER, by and through his attorney, Brian N. Toder, moves the Court for an order suppressing all statements, admissions and answers made by the Defendant that are protected by the Fourth, Fifth, and Six Amendments to the United States Constitution.

As grounds for said motion, defendant states:

1.      That any statements, admissions or answers made by defendant were made without the assistance or benefit of counsel in violation of defendant's Fifth Amendment and Sixth Amendment rights under the Constitution of the United States.

2.      That any statements, admissions or answers made by defendant were not given freely and voluntarily due to his state of mind, thereby violating

defendant's rights under the Fourth Amendment and Fifth Amendment to the Constitution of the United States.

3.      That if any statements, admissions or answers made by defendant, subject to protection by the Fourth, Fifth, and Sixth Amendments to the United States Constitution are used at the trial of this matter, such use would be in violation of defendant's rights under the due process clause of the Fifth Amendment to the Constitution of  the United States.

4.      For such other reasons as may appear upon an oral hearing of this motion.

Respectfully submitted,

Dated:  June 2, 2010                          **CHESTNUT CAMBRONNE PA**

By /s/  Brian N. Toder
  Brian N. Toder, #17869X
  17 Washington Avenue North
  Suite 300
  Minneapolis, MN  55401
  (612) 339-7300
  Fax (612) 336-2940

  Barbara J. May, #129689
  2780 N. Snelling Ave.
  Suite 102

Roseville, MN 55113
(651) 486-8887
Fax (651) 486-8890

**ATTORNEYS FOR DEFENDANT**