UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. CR-10-32 JNE/SRN |
| Plaintiff, | |
| v. | **ORDER** |
| Dennis Earl Hecker (01), and<br>Steven Joseph Leach (02), | |
| Defendants. | |

Nicole A. Engisch, David M. Genrich and Nancy E Brasel, United States Attorney's Office, 300 South Fourth St., Minneapolis, Minnesota 55414, for Plaintiff United States of America

Brian N. Toder, Chestnut Cambronne, P.A., 17 Washington Avenue North, Suite 300, Minneapolis, Minnesota 55401, for Defendant Dennis Earl Hecker (01)

Robert D. Sicoli, Law Offices of Robert D. Sicoli, Ltd., 8000 Flour Exchange Building, 310 Fourth Avenue South, Minneapolis, Minnesota 55414, for Defendant Steven Joseph Leach (02)

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Defendant Hecker's Motion to Dismiss Counts 1 and 16 of the Superseding Indictment (Doc. No. 140) is **DENIED;** Defendant Hecker's Motion to Suppress Statements (Doc. No. 145) is **DENIED AS MOOT**; Defendant Hecker's Motion to Suppress Wire Taps, Oral Communications and other Electronic Eavesdropping (Doc. No 148) is **DENIED AS MOOT;** Defendant Leach's Motion to Dismiss or Elect as to Count 1 of the Superseding Indictment (Doc. No. 97) is **DENIED**; and

Defendant Leach's Motion to Dismiss Counts 8-15 of the Superseding Indictment is **DENIED**.

Dated: August 30, 2010

                                                    s/ Joan N. Ericksen
                                                    JOAN N. ERICKSEN
                                                    United States District Judge