# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    10cr32(1)        (JNE/SRN)

        Plaintiff,

v.                                           **NOTICE OF**
                                             **CHANGE OF PLEA**

DENNIS EARL HECKER,

        Defendant.

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for a **CHANGE OF PLEA** on **Tuesday, September 7, 2010 at 2:00 p.m.,** before Judge Joan N. Ericksen, Courtroom 12W, Minneapolis, Minnesota.  Counsel are directed to check the kiosk located on the 1st Floor of the Federal Courthouse in Minneapolis, Minnesota for any change in location.


DATED: September 7, 2010                RICHARD D. SLETTEN
                                                                    *Clerk*


                                        s/ Sheri L. Frette
                                        Sheri L. Frette        *Calendar Clerk*