# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE TO THE COURT OF POSSIBLE RELATED CASE |
| Plaintiff, | |
| | Criminal No.: 10-32(JNE/SRN) |
| v. | |
| DENNIS EARL HECKER, ET AL., | |
| Defendant(s). | |

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to 10cr257(RHK). **Please note: Do not reference a case that has been filed under seal.** Please follow the sealed procedure in the ECF Criminal Procedures Guide.

\_\_\_   Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

\_\_\_   Cases involving the same defendant(s), whether the prior cases are open or closed.

\_\_\_   Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

_x_   Cases that arise out of the same investigation and have temporal proximity.

_x_   A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed.

_x_   The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

\_\_\_   Other _____ .

Dated: September 20, 2010

B. TODD JONES
United States Attorney

s/Nicole Engisch
BY: Nicole A. Engisch
Assistant U.S. Attorney
Attorney ID No. 215284