UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-32 JNE/SRN |
| Plaintiff, | |
| v. | ORDER |
| Dennis Earl Hecker (01), | |
| Defendant. | |

_____

      Nancy E. Brasel, Esq.; Nicole A. Engisch, Esq.; and David M. Genrich, Esq.; Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, Counsel for Plaintiff United States of America.

      Brian N. Toder, Esq., Chestnut Cambronne, PA, 17 Washington Avenue North, Suite 300, Minneapolis, MN 55401-2048; and Barbara J. May, Esq., Barbara J. May Law Firm, 2780 North Snelling, Suite 102, Roseville, MN 5513, Counsel for Defendant Dennis Earl Hecker

      William J. Mauzy, Esq., Law Offices of William J. Mauzy, 510 1st Avenue North, Suite 610, Minneapolis, MN 55403.

_____

      William J. Mauzy, Esq. has contacted the Court to obtain a hearing date for a Motion for Substitution of Counsel for Defendant Dennis Earl Hecker. Mr. Mauzy shall file his motion and brief in support on or before October 7, 2010. The Government's response shall be filed on or before October 13, 2010. Oral argument on the Motion for Substitution of Counsel will be heard before Magistrate Judge Susan Richard Nelson on Monday, October 18, 2010, at 1:30 p.m., in Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota. Mr. Hecker shall attend this hearing.

Dated:  September 30, 2010

                                                                        s/ Susan Richard Nelson
                                                                   The Honorable Susan Richard Nelson
                                                                   United States Magistrate Judge