UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,          Case No. 10-CR-32(01) (JNE/SRN)

      Plaintiff,

  v.

DENNIS EARL HECKER,

      Defendant.

_____

**MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant Dennis Earl Hecker (hereinafter "Hecker") moves the Court for an Order substituting the undersigned as Counsel of record for Hecker through sentencing, with the understanding that no portion of Counsel's fee be subject to disgorgement under 18 U.S.C. § 3006A(f). A hearing on this motion is scheduled for Monday, October 18, 2010 at 1:30 p.m. before the Honorable Susan Richard Nelson. In support of this Motion, Counsel submits a Memorandum of Law and Affidavit of Casey T. Rundquist.

Date: October 1, 2010                                         Respectfully submitted,

                                                          By:    */s/ William J. Mauzy*
                                                          William J. Mauzy (#68974)
                                                          Piper Kenney Webb (#275621)
                                                          Casey T. Rundquist (#390475)
                                                          510 First Avenue North
                                                          Suite 610
                                                          Minneapolis, MN 55403
                                                          (612) 340-9108