UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,   Case No. 10-CR-32(01) (JNE/SRN)

    Plaintiff,

v.

DENNIS EARL HECKER,

    Defendant.

---

## MOTION TO SEAL

    Counsel respectfully moves the Court for an Order permitting him to file documents under seal.

Date:  October 6, 2010             Respectfully submitted,

                             By:  */s/ William J. Mauzy*
                                   William J. Mauzy (#68974)
                                   Piper Kenney Webb (#275621)
                                   Casey T. Rundquist (#390475)
                                   510 First Avenue North
                                   Suite 610
                                   Minneapolis, MN 55403
                                   (612) 340-9108