# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 0:10-CR-00032(1) |
| Plaintiff, | |
| vs. | MOTION OF STAR TRIBUNE TO INTERVENE FOR LIMITED PURPOSE |
| DENNIS EARL HECKER, | |
| Defendant. | |

Star Tribune Media Company LLC moves this Court for an Order allowing it to intervene for the limited purpose of asserting public access to court records and proceedings.

Dated: October 14, 2010

**FAEGRE & BENSON LLP**

/s/ John P. Borger
John P. Borger, MN #9878
Leita Walker, MN #387095
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000

*Attorneys for Star Tribune Media Company LLC*

OF COUNSEL:

Randy M. Lebedoff
Star Tribune
425 Portland Avenue South
Minneapolis, MN 55488
(612) 673-7133

fb.us.5821007.01

SCANNED
OCT 14 2010
U.S. DISTRICT COURT ST. PAUL