UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,                    Case No. 10-CR-32(01) (JNE/SRN)

    Plaintiff,

  v.

DENNIS EARL HECKER,

    Defendant.

_____

**DEFENDANT'S RESPONSE TO STAR TRIBUNE MOTION TO INTERVENE**

Defendant submits the following memorandum in response to arguments raised by the Star Tribune Media Company LLC, asking this Court to unseal those documents filed under seal by Hecker.  *See* (Doc. # 188)(requesting permission to seal);(Doc. # 193)(granting motion to seal)(Doc. # 195)(filing under sealing).  The primary purpose of this Motion to Intervene, as revealed by their Memorandum in Support of Star Tribune Motion to Intervene, is apparently to learn the identity of the Third Party Payor.  Defendant does not object to the Star Tribune's position as to their standing to intervene for the limited purpose of asserting public access to court records and proceedings.  Upon information and belief, the Third Party Payor, Ralph Thomas, will attend the October 18, 2010 hearing and will testify.  The Star Tribune's position will, therefore, be largely moot as the Third Party Payor's identity will be a part of the public court record.

As to the actual records filed under seal, Defendant objects to their unsealing.  Defendant will have redacted copies of them available for the parties review, under seal, at the October 18, 2010 hearing.  Both records are business records of The Law Offices of

1

2

William J. Mauzy, and Mauzy has a legitimate privacy interest in them because they contain specific identifying information and because they are Mauzy's own work product. Because any public interest will be completely served by the availability of the Third Party Payor to answer questions, there is no reason to defeat Mauzy's legitimate privacy interest.

Date:  October 18, 2010                                    Respectfully submitted,

By:     */s/ William J. Mauzy*
William J. Mauzy (#68974)
Piper Kenney Webb (#275621)
Casey T. Rundquist (#390475)
510 First Avenue North
Suite 610
Minneapolis, MN 55403
(612) 340-9108