# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.   **ORDER**
     Criminal File No. 10-32 (JNE/SRN)

(1) DENNIS EARL HECKER,

      Defendant.

**IT IS HEREBY ORDERED**:

1. Defendant Dennis Earl Hecker shall remain in custody until sentencing.

2. Appropriate motions can be made to the Court for his release pending sentencing.

3. At the hearing on Wednesday, October 20, 2010, at 2:00 p.m., Defendant shall provide a full financial accounting to the Court for the time period of June 1, 2010 through the present.

Dated: October 19, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court