UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 0:10-CR-32 (01) JNE/SRN |
| Plaintiff, | Submitted to the Hon. Michael J. Davis |
| v. | **DEFENDANT'S MOTION FOR FURLOUGH AND CLARIFICATION** |
| Dennis E. Hecker, | |
| Defendant. | |

Defendant, DENNIS E. HECKER, by and through his undersigned attorney, Brian N. Toder, submits the following in support of his Motion for an Order granting a three-day furlough and for clarification of the Court's ruling respecting an accounting.

The grounds for the motion for furlough are that it will be more efficient for counsel to prepare the assigned accounting with the defendant in 24-hour home incarceration with immediate access to his records. Travel to and from Elk River is time-consuming and expensive. Moreover, the universe of documentation, boxes, emails etc. are voluminous, and the facilities in the Sherburne County jail are limited, as are the available hours.

Clarification is sought as to which law firm is to undertake the accounting. Said another way, will the accounting be paid for by the taxpayers, or will the

accounting be undertaken by the law firm that brought the motion that created a need for the accounting?

                        Respectfully submitted,

Dated:  October 21, 2010                  **CHESTNUT CAMBRONNE PA**

                                            By /s/  Brian N. Toder
                                                Brian N. Toder, #17869X
                                                17 Washington Avenue North
                                                Suite 300
                                                Minneapolis, MN  55401
                                                (612) 339-7300
                                                Fax (612) 336-2940

                                           **ATTORNEYS FOR DEFENDANT**