UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**ORDER**
Criminal File No. 10-32 (JNE/SRN)

(1) DENNIS EARL HECKER,

      Defendant.

**IT IS HEREBY ORDERED**:

1. The parties shall appear before the Court on Friday, October 22, 2010, at 2:00 p.m., in Courtroom 15E, Minneapolis Federal Courthouse.

2. The Court will address Defendant's Motion for Furlough and Clarification [Docket No. 209] and Defendant's Motion for Substitution of Counsel [Docket No. 177].

3. The Court will not address the accounting requirement during the Friday, October 22 hearing.

Dated: October 21, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court