UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ORDER**
Criminal File No. 10-32 (JNE/SRN)

(1) DENNIS EARL HECKER,

    Defendant.

**IT IS HEREBY ORDERED**:

The Government shall provide Randall Seaver, the Chapter 7 Trustee of the Bankruptcy Estate of Dennis E. Hecker, with copies of Hecker's weekly accounting statements to the Court.

Dated: November 15, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court