

U.S. Department of Justice

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*  (612)664-5600
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

November 17, 2010

The Honorable Michael J. Davis
Chief United States District Judge
300 South Fourth Street, Suite 15E
Minneapolis, MN 55415

Re:  **United States v. Dennis Earl Hecker**
     **Criminal No. 10-32(1)(JNE/SRN)**

Dear Chief Judge Davis:

   At the conclusion of the hearing on October 22, 2010, the Court indicated to counsel for Mr. Hecker that, if necessary, the U.S. Attorney's Office could provide a room for the defendant to review accounting materials with his counsel.  In an effort to accommodate Mr. Hecker, the U.S. Attorney's Office did arrange to writ out Mr. Hecker today, and he is currently in one of the office's conference rooms.

   The purpose of this letter is to inform the Court of the events of today and to request that Mr. Hecker not be permitted any further sessions in the U.S. Attorney's Office as a result of abuses by Mr. Hecker.  Earlier this morning, Mr. Hecker insisted to the Marshals that he be permitted to bring a bible to the U.S. Attorney's Office.  The Marshals refused this request.  Later, a pastor appeared at the U.S. Attorney's Office, followed by Christi Rowan, Mr. Hecker's girlfriend, and a civil attorney for Rowan.  It became clear to agents guarding Mr. Hecker that Ms. Rowan and the pastor were here for the purposes of participating in a wedding ceremony between Mr. Hecker and Ms. Rowan.  When the government learned of this, the pastor was sent away.  With respect to Ms. Rowan, however, Mr. Hecker's counsel, Casey Rundquist, indicated she was needed to assist in the accounting process.  Ultimately, she did leave, and it is not clear whether she will return.  The government notes that while at Sherburne County Jail, Mr. Hecker is only permitted video visits with Ms. Rowan.  It appears that Ms. Rowan's appearance may be designed to get around the video visit limitation that normally applies to their visits.

The Honorable Michael J. Davis
Page 2
November 17, 2010

    The government has learned that Sherburne County Jail does not permit weddings to take place with prisoners. The Marshals will allow a wedding to take place only upon order of the Court.

    From today forward, it appears that there is no need for Mr. Hecker to be at the U.S. Attorney's Office. Unlike in other cases, in this instance, the U.S. Attorney's Office does not house any of the documents. Mr. Hecker and his counsel do. They can review these materials at Sherburne County Jail. Accordingly, the U.S. Attorney's Office will respectfully oppose any further requests by the defendant to leave Sherburne County Jail other than for court sponsored events.

    That Mr. Hecker would once again take a privilege and abuse it further demonstrates why the government will continue to oppose any motion for release.

                             Respectfully submitted,

                               B. TODD JONES
                             United States Attorney

                           BY: NICOLE A. ENGISCH
                               NANCY E. BRASEL
                               DAVID M. GENRICH
                           Assistant United States Attorneys

cc: William Mauzy, Esq.