UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,                          Case No. 10-CR-32(01) (JNE/SRN)

       Plaintiff,

  v.

DENNIS EARL HECKER,

       Defendant.

_____

**MOTION FOR EXTENSION OF TIME FOR
DEFENDANT DENNIS EARL HECKER TO FILE
POSITION REGARDING SENTENCING**

      Defendant, Dennis Earl Hecker, by and through his undersigned counsel, moves this Court for an Order extending the time for which his Position Regarding Sentencing must be filed.  The Defendant's sentencing raises numerous complicated legal issues and factual disputes which require extensive briefing.  In addition, Counsel for Defendant have commitments away from the office for family travel during the holiday season.  Finally, Counsel have another federal sentencing proceeding scheduled for January 4, 2010.

      Pursuant to Local Rule 83.10(e), Defendant's position paper must be submitted by Thursday, December 30th.  Defendant requests a two week extension, on Thursday, January 13, so that his Counsel may have sufficient time to properly address all remaining substantive issue.

Date:  December 21, 2010  Respectfully submitted,

By:    */s/ William J. Mauzy*
     William J. Mauzy (#68974)
     Piper Kenney Webb (#275621)
     Casey T. Rundquist (#390475)
     510 First Avenue North
     Suite 610
     Minneapolis, MN 55403
     (612) 340-9108
     *Attorneys for Defendant Dennis E. Hecker*