UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-CR-32(01) (JNE/XXX) |
| Plaintiff, | |
| v. | |
| DENNIS EARL HECKER, | |
| Defendant. | |

---

**NOTICE OF MOTION FOR RELEASE PENDING SENTENCING**

To:  Assistant United States Attorney Nicole Engisch, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415

Please take notice that on January 4, 2011 at 11:00 a.m. in Courtroom 15E of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Defendant Dennis Earl Hecker will move the Court (Judge Michael J. Davis presiding) for an order releasing Defendant from custody pending sentencing.

This Notice is based on all of the files and proceedings in this matter, including the Motion for Release Pending Sentencing filed on December 31, 2010 (Doc. #246).

Date:  January 3, 2011                                    Respectfully submitted,

By:   */s/ William J. Mauzy*
William J. Mauzy (#68974)
Piper Kenney Webb (#275621)
Casey T. Rundquist (#390475)
510 First Avenue North
Suite 610
Minneapolis, MN 55403
(612) 340-9108
*Attorneys for Defendant Dennis E. Hecker*