# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

           Plaintiff,

v.

Dennis Earl Hecker  (1),

           Defendant

**COURT MINUTES**
BEFORE: Michael J. Davis
U.S. District Chief Judge

| | |
|---|---|
| Case No: | 10-cr-32 (01) (JNE/SRN) |
| Date: | January 4, 2011 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:35 a.m. |
| Time in Court:3 | 35 Minutes |

**APPEARANCES:**

  Plaintiff:    Nancy Brasel and Nicole Engisch, Assistant U.S. Attorneys
  Defendant:  William Mauzy and Casey Rundquist, Retained Attorneys

**MINUTES:**

  Motion for Release from Custody [246]
  Motion for Detention [249]

  Motion for Release from Custody is Denied [246] and Motion for Detention is Granted [249].
  Defendant is remanded to the custody of the USM and shall stay in custody of the USM until sentencing.
  A Court order to follow.

Date: January 4, 2011                                                                                    s/KW
                                                                    Signature of Calendar Clerk to Chief Judge Michael J. Davis