UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 10-CR-32 (JNE/SER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE OF INTENT TO REQUEST REDACTION** |
| Plaintiff, | |
| v. | |
| DENNIS EARL HECKER, | |
| Defendant. | |

The undersigned attorney hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts, I intend to request redaction of personal data identifiers located within the transcript of Sentencing Hearing, docket entry 281, filed on March 18, 2011, to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: March 28, 2011 | B. TODD JONES<br>United States Attorney |
| | *s/ Nicole A. Engisch* |
| | NICOLE A. ENGISCH<br>Assistant U.S. Attorney |